IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BOBBY JONES,** § <br> **Plaintiff – Pro Se** § <br> § <br> -vs- § <br> § <br> **MARKUS A. GREEN, DR. ROBY** § <br> **MITCHELL, THE TRAVIS COUNTY** § <br> **DISTRICT ATORNEY, and** § <br> **EXECUTIVE DIRECTOR OF THE** § <br> **TEXAS BOARD OF MEDICAL** § <br> **EXAMINERS** § <br>     **Defendants** § | Case No. 1:11-cv-00850-LY-AWA |

**DEFENDANT TRAVIS COUNTY DISTRICT ATTORNEY'S
RESPONSE IN OPPOSITION TO DEFENDANT GREEN'S
MOTION TO DISMISS LEHMBERG'S REPLY**

TO THE HONORABLE COURT:

COMES NOW Defendant Travis County District Attorney Lehmberg, by and through her attorney of record, and hereby files this Response in Opposition to Defendant Green's Motion to Dismiss Lehmberg's Reply, and respectfully shows the following:

1. On November 14, 2011, Defendant Lehmberg filed a Reply **[Dkt. 20, at 1]** to Defendant Green's Response to her Motion to Remand **[Dkt. 18, at 1]**.

2. Defendant Lehmberg's Reply was filed pursuant to Rule CV-7(e) of the Local Court Rules which state "[a] party may file a reply in support of a motion." Local Court Rules CV-7(e). A reply must be filed within eleven days of service of the response. *Id*. Defendant Lehmberg timely filed her Reply pursuant to Rule CV-7(e).

3. Contrary to Defendant Green's assertions, Rule 15(a) of the Federal Rules of Civil Procedure is not applicable to this case because Defendant Lehmberg has not filed or even attempted to file an Amended Motion to Remand.

262092-1 THOMASS 267.72

4.	Defendant Lehmberg's Reply is not time-barred by 28 U.S.C. § 1447(c) because the thirty day time limit set forth in § 1447(c) applies only to a motion to remand based on "any defect other than lack of subject matter jurisdiction." 28 U.S.C. § 1447(c). Defendant Lehmberg's Motion to Remand regarding subject matter jurisdiction was filed within thirty days of Defendant Green's notice of removal.

5.	Defendant Lehmberg adopts the arguments she made in her Motion to Remand **[Dkt. 13]** and her Reply **[Dkt. 20]** as if fully set out herein.

## CONCLUSION AND PRAYER

For the foregoing reasons Travis County District Attorney Lehmberg respectfully asks for this Court to deny Defendant Green's Motion to Dismiss Lehmberg's Reply, and for any and all further relief to which Defendant may be entitled, both at law and in equity.

Respectfully submitted,

DAVID A. ESCAMILLA
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:	(512) 854-9513
Facsimile:	(512) 854-4808


By:	       /s/ SHERINE E. THOMAS
Sherine E. Thomas
State Bar No. 00794734
*Attorney for Defendant*
*Travis County District Attorney*
*Rosemary Lehmberg*

2

262092

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Court which will send notification to the parties listed below electronically, via the CM/ECF system on this 2nd day of December, 2011 as follows:

Sherine E. Thomas
P.O. Box 1748
Austin, Texas  78767
*Attorney for Defendant Travis County
District Attorney Rosemary Lehmberg*

Ted. A Ross
Assistant Attorney General
Office of the Attorney General of Texas
Environmental Protection and Administrative Law Division
P. O. Box 12548
Austin, Texas 78711-2548
*Attorney for Defendant Mari Robinson,
Executive Director of the Texas Medical Board*

I further hereby certify that the foregoing Response has been sent via certified mail, return receipt requested to the following *pro se* parties:

| | |
|---|---|
| Bobby Jones, #679520<br>Neal 9055 Spur Road 591<br>Amarillo, Texas 79107<br>*Plaintiff* Pro Se | **Via CMRRR # 7008 1140 0002 7307 1702** |
| Markus A. Green, #118715<br>Neal Unit 9055 Spur Road 591<br>Amarillo, Texas 79107<br>*Defendant* Pro Se | **Via CMRRR # 7008 1140 0002 7307 1719** |

By:     /s/ SHERINE E. THOMAS
         Sherine E. Thomas
         Assistant County Attorney

262092