IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BOBBY JONES,

          Plaintiff,

-vs-                                                      Case No. A-11-CA-850-LY

MARKUS A. GREEN, DR. ROBY MITCHELL,
TRAVIS COUNTY DISTRICT ATTORNEY, and
EXECUTIVE DIRECTOR OF THE TEXAS
BOARD OF MEDICAL EXAMINERS,
          Defendants.

## ORDER

On September 26, 2011, Defendant Markus A. Green removed this case to federal court from the 200th Judicial District Court of Travis County, Texas. Green questions the neutrality of the undersigned. To avoid the appearance of any impropriety, this case will be transferred to the docket of the Honorable James R. Nowlin.

It is so ORDERED.

SIGNED this the 13th day of December 2011.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE